COSMO SALIBELLO v. GRUMMAN AEROSPACE.

June 10, 1981.

Petition for certification denied.

JAMES BAINES v. GARY J. HILTON.

June 10, 1981.

Petition for certification denied.

STATE IN THE INTEREST OF L. B.

June 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT CUMMINGS.

June 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEWIS.

June 10, 1981.

Petition for certification denied.